# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re:            | CHAPTER # 7         |
|-------------------|---------------------|
| GEORGE QUINTON KING | CASE NO. 10-20294 |
| Debtor.           |                     |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__X__ A The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____ B The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Convenient Loan<br>2935 Washington Blvd<br>Ogden, UT 84401-3720 | $1.55 |
| George Quinton King<br>215 West 4850 South<br>Washington Terrace, UT 84405 | $71.58 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$73.13** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 18th day of October, 2010.

_____/s/_____
Steven R. Bailey, Trustee